IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL RAYMOND STONE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:21-cv-00794 |
| | ) | |
| v. | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE NEWBERN |
| RUSSELL DWAYNE MOORE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff filed a Notice of Voluntary Dismissal Without Prejudice. (Doc. No. 13). Accordingly, this case is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE